UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C17-0878JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| RODNEY LEE BURNS, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received Defendant Rodney Lee Burns's request for a hearing in the above-captioned garnishment proceeding. (Request (Dkt. # 7).) The court GRANTS Mr. Burns's request and schedules a hearing for Tuesday, June 20, 2017, at 9:00 a.m.

The court ORDERS Plaintiff United States of America ("the Government") and Mr. Burns to meet and confer by phone regarding Mr. Burns's objections to the garnishment before the Government files its response to Mr. Burns's objections. The

Government's response to Mr. Burns's objections is due no later than Wednesday, June 14, 2017.  Mr. Burns's reply, if any, to the Government's response is due no later than Friday, June 16, 2017.

Filed and entered this 7th day of June, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2